No. 15,788.

SWEATMAN *v.* CHRISTMAN.
(187 P. [2d] 392)

Decided November 24, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE STONE and MR. JUSTICE HAYS, participating.

Mr. EUGENE MAST, Mr. WILLIAM WEISER, for plaintiff in error.

Messrs. ADAMS & HECKMAN, for defendant in error.